**DEVERS x SCHREIBER**

Ohio Appeals, 1st Dist, Hamilton Co

No 4774. Decided April 15, 1935

Harry Neal Smith, Cincinnati, for plaintiff in error.

George H. Kattenhorn, Cincinnati, and August A. Rendigs, Jr., Cincinnati, for defendant in error.

For full opinion see 3 OO 465; 50 Oh Ap 100.